```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 32809
    LORIE K WESTERFIELD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1236


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/01/2008 and was not confirmed.

     The case was dismissed without confirmation 03/09/2009.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------------
AMERICAN HOME MORTGAGE S MORTGAGE NOTI NOT FILED              .00            .00
COUNTRYWIDE HOME LOANS I MORTGAGE NOTI NOT FILED              .00            .00
AMERICAN HOME MORTGAGE   CURRENT MORTG        .00             .00            .00
AMERICAN HOME MORTGAGE   SECURED NOT I        .00             .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE NOTI NOT FILED              .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   44842.78             .00            .00
ROUNDUP FUNDING LLC      UNSECURED       14509.89             .00            .00
BANK OF NEW YORK         MORTGAGE NOTI NOT FILED              .00            .00
GMAC MORTGAGE            MORTGAGE NOTI NOT FILED              .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    9488.00             .00            .00
BANK OF NEW YORK         CURRENT MORTG        .00             .00            .00
BANK OF NEW YORK         MORTGAGE ARRE   27215.00             .00            .00
WILSHIRE CREDIT CORP     CURRENT MORTG        .00             .00            .00
WILSHIRE CREDIT CORP     MORTGAGE ARRE   35424.00             .00            .00
AMERICAN EDUCATION SERVI PRIORITY      NOT FILED              .00            .00
CAPITAL ONE              UNSECURED        6157.93             .00            .00
AMERICAN EXPRESS BANK    UNSECURED       10899.37             .00            .00
ECAST SETTLEMENT CORP    UNSECURED       80582.45             .00            .00
WILLIAM E BROOKS & ASSOC DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 32809 LORIE K WESTERFIELD
```

```
DEBTOR REFUND                                                          .00
                                           ---------------    ---------------
TOTALS                                                .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/26/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE